UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JENNIFER A. SALAZAR, | Case No. 2:19-cv-01369-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Presently before the Court is Defendant Equifax Information Services LLC's ("Equifax") Stipulation of Extension of Time to File Answer (ECF No. 4). On September 6, 2019, Plaintiff Jennifer A. Salazar filed a Notice of Settlement (ECF No. 5) with this Court. The parties anticipate filing a Stipulation for Dismissal of Plaintiff's claims against Equifax, with prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Equifax be vacated and that the Court set a deadline sixty (60) days from present for filing a Dismissal as to Equifax.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Stipulation of Extension of Time to File Answer (ECF No. 4) is DENIED as moot.

IT IS FURTHER ORDERED that all pending dates and filing requirements as to Defendant are vacated. Plaintiff shall have sixty (60) days from the filing of this Order to file a Stipulation of Dismissal, with prejudice, of Plaintiff's claims against Equifax.

DATED THIS 9th day of September, 2019.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1